

# NUMBER 13-20-00531-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RICARDO TATI SANTIESTEBAN,                                      Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

### On appeal from the 25th District Court
### of Gonzales County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

Before the Court is appellant's motion for pro se access to the appellate record. Appellant's counsel filed an Anders brief, and appellant has been unable to examine the record in order to file a pro se brief.

Appellant's motion is hereby GRANTED. Accordingly, the trial court is ORDERED to ensure appellant has the opportunity to fully examine the appellate record on or before

fifteen (15) days from the date this order issues, and it is FURTHER ORDERED the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Furthermore, Appellant shall have thirty (30) days from the day the appellate record is first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
26th day of March, 2021.

2